# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY RAY SWEARINGEN, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-2058 |
| | § | |
| DOUGLAS DRETKE, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order denying habeas relief and granting summary judgment in favor of Respondent, the Court **DISMISSES** this case **WITH PREJUDICE**. The Court **GRANTS** a Certificate of Appealability only on Swearingen's insufficiency-of-the-evidence claim.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 8th day of September, 2005.

Melinda Harmon
United States District Court